# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRI-VALLEY CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 12-12291 (MFW)<br><br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF TRI-VALLEY OPUS I DRILLING PROGRAM L.P. and OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF TRI-VALLEY CORPORATION, et al.,<br><br>Plaintiff,<br><br>v.<br><br>G. THOMAS GAMBLE and G. THOMAS GAMBLE, as trustee of GEORGE T. GAMBLE 1991 TRUST,<br><br>Defendants. | Adv. Pro. No. 12-50994 (MFW) |
| Chartis Specialty Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Tri-Valley Corporation, *et al.*,<br><br>Defendant. | Adv. Pro. No. 12-51243 (MFW) |
| CHARLES A. STANZIALE, JR., as Chapter 7 Trustee of Tri-Valley Corporation,<br><br>Plaintiff,<br><br>v. | Adv. Pro. No. 13-51212 (MFW) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax-identification number, are Tri-Valley Corporation (5250), Tri-Valley Oil & Gas Co. (7433), Select Resources Corporation, Inc. (0386), and TVC Opus I Drilling Program L.P. (0334). The Debtors' corporate headquarters and the mailing address for each Debtor is 4927 Calloway Drive, Bakersfield, CA 93312.

ME1 16538950v.1

| | |
|---|---|
| F. LYNN BLYSTONE, PAUL W. BATEMAN, EDWARD M. GABRIEL, G. THOMAS GAMBLE, LOREN MILLER, DENNIS P. LOCKHART, MILTON J. CARLSON, C. CHASE HOFFMAN, HAROLD J. NOYES, and JAMES S. MAYER,<br><br>     Defendants. | |
| JEOFFREY L. BURTCH, in his capacity as Chapter 7 Trustee for the ESTATE OF TVC OPUS I DRILLING PROGRAM, L.P.,<br><br>     Plaintiff,<br><br>  v.<br><br>F. LYNN BLYSTONE, PAUL W. BATEMAN, EDWARD M. GABRIEL, G. THOMAS GAMBLE, LOREN MILLER, DENNIS P. LOCKHART, MILTON J. CARLSON, C. CHASE HOFFMAN, HAROLD J. NOYES, and JAMES S. MAYER,<br><br>     Defendants. | Adv. Pro. No. 13-51214 (MFW) |
| CHARLES A. STANZIALE, JR., as Chapter 7 Trustee of Tri-Valley Corporation, Tri-Valley Oil & Gas Co. and Select Resources Corp., Inc.,<br><br>     Plaintiff,<br><br>  v.<br><br>G. THOMAS GAMBLE and G. THOMAS GAMBLE, as trustee of GEORGE T. GAMBLE 1991 TRUST,<br><br>     Defendants. | Adv. Pro. No. 13-51312 (MFW) |
| JEOFFREY L. BURTCH, in his capacity as Chapter 7 Trustee for the ESTATE OF TVC OPUS I DRILLING PROGRAM, L.P.,<br><br>     Plaintiff, | Adv. Pro. No. 13-51316 (MFW) |

ME1 16538950v.1

| | |
|---|---|
| v.<br><br>G. THOMAS GAMBLE and G. THOMAS GAMBLE, as trustee of GEORGE T. GAMBLE 1991 TRUST,<br><br>     Defendants. | |

**NOTICE OF AGENDA REGARDING MATTERS SCHEDULED
FOR STATUS CONFERENCE ON OCTOBER 9, 2013 AT 2:00 P.M.**

**MATTERS GOING FORWARD:**

Chartis Specialty Insurance Company v. Tri-Valley Corporation [Adv. Pro. No. 12-51243 (MFW)]

1. Complaint Interpleading Insurance Policy Proceeds by Chartis Specialty Insurance Company against Tri-Valley Corporation, Luna & Glushon [Docket No. 1; filed December 10, 2012]

 Answer Deadline:  January 14, 2013

 Answer(s) Received:

   a. Answer to Complaint Filed by Tri-Valley [Docket No. 4; filed January 14, 2013]

   b. Answer to Complaint Filed by Luna & Glushon [Docket No. 5; filed January 14, 2013]

 Related Document(s):

   c. Summons and Notice of Pretrial Conference [Docket No. 3; filed December 12, 2012]

   d. Order Setting Status Conference [Docket No. 8; filed September 26, 2013]

 Status:    Status conference pursuant to order of the Court.

**MATTERS BEING CONTINUED:**

Official Committee of Equity Security Holders of TVC Opus I Drilling Program L.P. v. G. THOMAS GAMBLE and G. THOMAS GAMBLE, as trustee of GEORGE T. GAMBLE 1991 TRUST, [Adv. Pro. No. 12-50994 (MFW)]

2. Complaint for Declaratory Judgments and to Avoid Avoidable Transfers [FILED UNDER SEAL] by Official Committee of Equity Security Holders of TVC Opus I Drilling Program L.P., Official Committee of Unsecured Creditors of Tri-Valley Corporation, et al. against Thomas G. Gamble, G. Thomas Gamble as Trustee of George T. Gamble 1991 Trust.[Docket No. 1; filed November 19, 2012]

    Answer Deadline:    December 20, 2012

    Answer(s) Received:    N/A

    Related Document(s):

        a. Summons and Notice of Pretrial Conference [Docket No. 4; filed November 20, 2012]

        b. Certification of Counsel Regarding Stipulation Staying Adversary Proceedings [Docket No. 31; filed September 27, 2013]

        c. Order Approving Stipulation Staying Adversary Proceedings [Docket No. 732; filed October 2, 2013]

    Status:    Pursuant to the Order Approving Stipulation Staying Adversary Proceedings, this adversary is stayed.

CHARLES A. STANZIALE, JR., as Chapter 7 Trustee of Tri-Valley Corporation v. F. Lynn Blystone, Paul Bateman, Henry Lowenstine, G. Thomas Gamble, Loren Miller, Dennis P. Lockhart, Milton Carlson, Chase Hoffman, Harold Noyes, James Mayer, [Adv. Pro. No. 13-51212 (MFW)]

3. Complaint by Charles A. Stanziale Jr. against F. Lynn Blystone, Paul Bateman, Henry Lowenstine, G. Thomas Gamble, Loren Miller, Dennis P. Lockhart, Milton Carlson, Chase Hoffman, Harold Noyes, James Mayer [Docket No. 1; filed June 28, 2012]

    Answer Deadline:    August 1, 2013 [extended to October 2, 2013]

    Answer(s) Received:

        a. Answer to Complaint filed by C. Chase Hoffman [Docket No. 13; filed October 2, 2013]

    Related Document(s):

      b. Summons and Notice of Pretrial Conference [Docket No. 3; filed July 2, 2012]

      c. Certification of Counsel Regarding Stipulation Extending Time for Defendants to Respond to Complaint [Docket No. 4; filed July 25, 2013]

      d. Order Approving Stipulation Extending Deadline for Defendants to Respond to Complaint [Docket No. 5; filed July 26, 2013]

      e. Alias Summons and Notice of Pretrial Conference towards Defendant, Loren J. Miller [Docket No. 8; filed July 31, 2013] [Answer Due Date September 5, 2013]

      f. Voluntary Stipulation of Dismissal Solely as to Defendant Harold J. Noyes [Docket No. 10; filed September 17, 2013]

      g. Certification of Counsel Regarding Stipulation Staying Adversary Proceedings [Docket No. 11; filed September 27, 2013]

      h. Order Approving Stipulation Staying Adversary Proceedings [Docket No. 12 filed October 2, 2013]

Status:      Pursuant to the Order Approving Stipulation Staying Adversary Proceedings, this adversary is stayed except as to C. Chase Hoffman. As to Mr. Hoffman, this pre-trial conference is continued to November 13, 2013.

JEOFFREY L. BURTCH, in his capacity as Chapter 7 Trustee for the ESTATE IF TVC OPUS I DRILLING PROGRAM, L. P. v. F. Lynn Blystone, Paul Bateman, Henry Lowenstine, G. Thomas Gamble, Loren Miller, Dennis P. Lockhart, Milton Carlson, Chase Hoffman, Harold Noyes, James Mayer, [Adv. Pro. No. 13-51214 (MFW)]

4. Complaint by Jeoffrey L. Burtch, Chapter 7 Trustee against F. Lynn Blystone, Paul W. Bateman, Milton J. Carlson, Edward M. Gabriel, G. Thomas Gamble, Dennis P. Lockhart, Henry Lowenstein, Loren J. Miller, James S. Mayer, Harold J. Noyes [Docket No. 1; filed June 28, 2012]

    Answer Deadline:      August 1, 2013 [extended to October 2, 2013]

    Answer(s) Received:

      a. Answer to Complaint filed by C. Chase Hoffman [Docket No. 13; filed October 2, 2013]

    Related Document(s):

ME1 16538950v.1

  b. Summons and Notice of Pretrial Conference [Docket No. 3; filed July 3, 2012]

  c. Certification of Counsel Regarding Stipulation Extending Time for Defendants to Respond to Complaint [Docket No. 4; filed July 25, 2013]

  d. Order Approving Stipulation Extending Deadline for Defendants to Respond to Complaint [Docket No. 5; filed July 26, 2013]

  e. Certification of Counsel Regarding Stipulation Staying Adversary Proceedings [Docket No. 8; filed September 27, 2013]

  f. Order Approving Stipulation Staying Adversary Proceedings [Docket No. 9; filed October 2, 2013]

 Status: Pursuant to the Order Approving Stipulation Staying Adversary Proceedings, this adversary is stayed.

CHARLES A. STANZIALE, JR., as Chapter 7 Trustee of Tri-Valley Corporation, Tri-Valley Oil & Gas Co. and Select Resources Corp., Inc.,. v. G. THOMAS GAMBLE and G. THOMAS GAMBLE, as trustee of GEORGE T. GAMBLE 1991 TRUST, [Adv. Pro. No. 13-51312 (MFW)]

5. Complaint by Charles A Stanziale, Jr. As Chapter 7 Trustee against G. Thomas Gamble, G. Thomas Gamble, as trustee of George T. Gamble 1991 Trust [Docket No. 1; filed July 22, 2013]

 Answer Deadline: August 28, 2013[Extended to August 23, 2013]

 Answer(s) Received: N/A

 Related Document(s):

  a. Summons and Notice of Pretrial Conference [Docket No. 3; filed July 24, 2013]

  b. Certification of Counsel Regarding Stipulation Extending Time for Defendants to Respond to Complaint [Docket No. 4; filed August 16, 2013]

  c. Order Approving Stipulation Extending Deadline for Defendants to Respond to Complaint [Docket No. 5; filed August 20, 2013]

  d. Certification of Counsel Regarding Stipulation Staying Adversary Proceedings [Docket No. 6; filed September 27, 2013]

    e. Order Approving Stipulation Staying Adversary Proceedings [Docket No. 7; filed October 2, 2013]

 Status:  Pursuant to the Order Approving Stipulation Staying Adversary Proceedings, this adversary is stayed.

JEOFFREY L. BURTCH, in his capacity as Chapter 7 Trustee for the ESTATE IF TVC OPUS I DRILLING PROGRAM, L. P. v. G. THOMAS GAMBLE and G. THOMAS GAMBLE, as trustee of GEORGE T. GAMBLE 1991 TRUST, [Adv. Pro. No. 13-51316 (MFW)]

6. Complaint by Jeoffrey L. Burtch, Chapter 7 Trustee against G. Thomas Gamble, G. Thomas Gamble, as trustee of George T. Gamble 1991 Trust [Docket No. 1; filed July 22, 2013]

 Answer Deadline:  August 28, 2013 [Extended to August 23, 2013]

 Answer(s) Received: N/A

 Related Document(s):

    a. Summons and Notice of Pretrial Conference [Docket No. 3; filed July 24, 2013]

    b. Certification of Counsel Regarding Stipulation Extending Time for Defendants to Respond to Complaint [Docket No. 4; filed August 16, 2013]

    c. Order Approving Stipulation Extending Deadline for Defendants to Respond to Complaint [Docket No. 5; filed August 20, 2013]

    d. Certification of Counsel Regarding Stipulation Staying Adversary Proceedings [Docket No. 6; filed September 27, 2013]

    e. Order Approving Stipulation Staying Adversary Proceedings [Docket No. 7; filed October 2, 2013]

 Status:  Pursuant to the Order Approving Stipulation Staying Adversary Proceedings, this adversary is stayed.

| | |
|---|---|
| Dated: October 7, 2013<br>Wilmington, Delaware | **McCARTER & ENGLISH, LLP**<br><br>By: */s/ William F. Taylor, Jr.*<br>William F. Taylor, Jr. (DE #2936)<br>Kate R. Buck (DE #5140)<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone 302.984.6300<br>wtaylor@mccarter.com<br>kbuck@mccarter.com<br><br> *- and -*<br><br>Charles A. Stanziale, Jr.<br>Jeffrey T. Testa<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>Telephone: (973) 622-4444<br><br>*Counsel for Charles A. Stanziale, Jr. the Chapter 7 Trustee for Tri-Valley Corporation, et al.*<br><br>*- and –*<br><br>COOCH AND TAYLOR, P.A.<br><br>*/s/ Dale R. Dubé*<br>Dale R. Dubé, Esquire (No. 2863)<br>1000 West Street, 10th Floor<br>Wilmington, DE 19899-1680<br>(302) 984-3835<br>Email: Ddube@coochtaylor.com<br>*Counsel for Jeoffrey L. Burtch, the Chapter 7 Trustee for TVC Opus I Drilling Program, L.P.* |

ME1 16538950v.1